**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Case No. 11-cr-20052
                                              Honorable Denise Page Hood

MEHRAN JAVIDAN and
VISHNU PRADEEP MEDA,

        Defendants.

_____/

**ORDER REGARDING VARIOUS MOTIONS IN LIMINE**

Now before the Court are several Motions *in Limine* filed during the above captioned trial. For the reasons stated on the record,

IT IS ORDERED that Defendant Vishnu Meda's Motion *in Limine* to Admit Certain Evidence [Docket No. 65, filed February 4, 2013] is DENIED.

IT IS FURTHER ORDERED that Defendant Vishnu Meda's Motion *in Limine* to Exclude Certain Evidence [Docket No. 66, filed February 4, 2013] is deemed MOOT.

IT IS FURTHER ORDERED that the Government's Motion *in Limine* to Admit Portions of the Transcript of the Prior Sworn Testimony of Defendant Vishnu Meda [Docket No. 72, filed March 1, 2013] is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that Javidan's Motion *in Limine* Regarding Government's Introduction of Inadmissible Evidence of Guilty Knowledge [Docket No. 75, filed March 1, 2013] is DENIED.

IT IS FURTHER ORDERED that Defendant Mehran Javidan's Motion *in Limine* to Exclude Evidence of Defendant's Financial Condition [Docket No. 80, filed March 10, 2013] is DENIED.

IT IS FURTHER ORDERED that Government's Motion for Leave to file Sur-reply to Defendant Javidan's Motion Regarding Testimony of Sarah Khan [Docket No. 83, filed March 12, 2013] is GRANTED.

IT IS SO ORDERED.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  April 15, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 15, 2013, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager

2