UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                              **CRIMINAL CASE NO. 11-20052**
**v.**                              **CIVIL CASE NO. 16-13974**
                              **HON. DENISE PAGE HOOD**

**MEHRAN JAVIDAN D-1,**

    **Defendant.**

_____/

**ORDER GRANTING MOTIONS TO AMEND
MOTION TO VACATE UNDER 28 U.S.C. § 2255**

This matter is before the Court on Defendant Mehran Javidan's Motions to Amend Motion to Vacate Sentence under 28 U.S.C. § 2255. Motions to amend a § 2255 motion is governed by Federal Rule of Civil Procedure 15(a), which provides that leave to amend a pleading should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *see United States v. Clark,* 637 F. App'x 206, 208-09, 2016 WL 53122 (6th Cir. Jan. 4, 2016). Javidan seeks to add four issues to the original § 2255 motion. Although it appears to the Court that at least three of the four issues have been raised by Javidan in one form or another, the Court will allow the Government to respond to the four issues listed in Javidan's motion. (See, Doc. No. 217)

    Accordingly,

IT IS ORDERED that the Motions to Amend Motion to Vacate Sentence under 28 U.S.C. § 2255 **(Doc. Nos. 216 and 217)** are GRANTED.

IT IS FURTHER ORDERED that any response by the Government must be filed and served by mail to Defendant no later than **March 17, 2017.** Any reply by Javidan to the response must be filed no later than **April 7, 2017.**

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: March 3, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 3, 2017, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager